In the Matter of ALADA C. SENITHA, Appellant. FRANCIS A. McGURK, Respondent.

Submitted November 14, 1940; decided December 3, 1940.

*William B. Shelton* for appellant.

*Francis A. McGurk*, in person, and *Richard S. Holmes* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.